

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
                    Deputy Clerk

05-MC-00049-WRIT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY RUBIN, et al.<br>　　Plaintiffs-Judgment Creditors | MS05  049<br><br>Case No. MS04-191 |
| vs | |
| HAMAS - ISLAMIC RESISTANCE MOVEMENT<br>　　Defendant-Judgment Debtor | WRIT OF GARNISHMENT |
| vs | [*Clerk's action required*] |
| SATURNA CAPITAL<br>　　Garnishee Defendant | |

TO THE UNITED STATES OF AMERICA
TO SATURNA CAPITAL

Plaintiffs in this action Jenny Rubin, Deborah Rubin, Daniel Miller, Abraham Mendelson, Stuart Elliot Hersh, Renay E. Frym, Noam Rozenman, Elena Rozenman, and Tzvi Rozenman ("plaintiffs") have applied for a Writ of Garnishment against you, claiming that the above-named defendant and (pursuant to §201(a) of The Terrorism Risk Insurance Act of 2002 (Public Law 107-297; 116 Stat. 2322)) the defendant's agency and instrumentality The Holy Land Foundation for Relief and Development (collectively hereinafter "judgment debtors") are indebted to plaintiffs and that the amount to be held to satisfy the indebtedness is $214,500,000.00 consisting of:

//

WRIT OF GARNISHMENT

Page 1 of 4

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

//

| | | |
|---|---|---|
| Balance of Plaintiffs' Judgment: | | $214,500,000.00 |
| Estimated Garnishment Costs: | | |
|    Filing Fee: | $39.00 | |
|    Service and Affidavit Fees: | $50.00 | |
|    Postage and Costs of Certified Mail: | $20.00 | |
|    Answer Fee or Fees (if applicable): | $10.00 | |
|    Garnishment Attorney Fees: | $1,500.00 | |
|    Other: | $_____ | |
|    Subtotal: | $1,619.00 | |
| TOTAL: | | $214,501,619.00 |

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court, by the attorney of record for the plaintiffs, or by this writ, not to pay any debt, other than earnings, owed to either of the judgment debtors at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of either of the judgment debtors in your possession or control at the time when this writ was served. Any such payment delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiffs' claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer forms and, within twenty days after the service of the writ upon you, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to the judgment debtors, in the envelopes provided.

If you owe the judgment debtors a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to judgment debtors.

IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM AGAINST THE JUDGMENT DEBTORS WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO THE JUDGMENT DEBTORS. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

JUDGMENT MAY ALSO BE ENTERED AGAINST THE JUDGMENT DEBTORS FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.

WRIT OF GARNISHMENT

Page 2 of 4

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

1  Witness, the Honorable _Robert S. Lasnik_, Judge of the above-entitled Court,
2  and the seal thereof, on _3/23/05_ (date).

3
4  Local Counsel for the Plaintiff:

**BRUCE RIFKIN**

5  Sternberg Thomson Okrent & Scher, PLLC
   Craig S. Sternberg, WSBA 00521
   Union Street, Ste 500
6  Seattle, WA 98101
   Telephone 206 386-5438

Clerk of the Court

_Deputy Clerk_

WRIT OF GARNISHMENT

Page 3 of 4

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

STATEMENT OF PLAINTIFF'S COUNSEL TO BANKING INSTITUTION

(The following information is to be provided only if the garnishee is a banking institution.)

Counsel for the plaintiff states that:

1. The judgment debtors' last known residences are:

   HAMAS – Islamic Resistance Movement
   Al-Yarmuk Camp
   Damascus, Syria

   Holy Land Foundation for Relief and Development
   525 International Parkway Richardson, Texas 75081

2. The judgment debtors' last known business is:

   Conducting and funding international terrorism with address at: See above

3. The judgment debtors' last known occupation, trade, or profession is:

   Conducting and funding international terrorism with address at: See above

4. The judgment debtors' federal tax identification numbers are:

   Holy Land Foundation for Relief and Development: unknown
   HAMAS – Islamic Resistance Movement: n/a

5. The judgment debtors' account numbers are, *inter alia*:

   Holy Land Foundation for Relief and Development: accounts 12707-0011 and 12707-0010
   HAMAS – Islamic Resistance Movement: n/a

WRIT OF GARNISHMENT

Page 4 of 4

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868