IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY RUBIN, et al., | NO. MS05-049 |
| Plaintiffs-Judgment Creditors, | Case No. MS04-191 |
| v. | ANSWER TO WRIT OF GARNISHMENT (DEBTS OTHER THAN EARNINGS) |
| HAMAS-ISLAMIC RESISTANCE MOVEMENT, | |
| Defendant-Judgment Debtor, | (Clerk's action required) |
| SATURNA CAPITAL, | |
| Garnishee Defendant. | |

SECTION I: On the date the Writ of Garnishment was issued as indicated by the date appearing on the last page of the writ,

(A) The defendant [] was [x] was not employed by garnishee. If not employed and you have no possession or control of any funds of defendant, indicate the last day of employment: _____ and complete section III of this answer and mail or deliver the forms as directed in the writ;

(B) The defendant [] did [x] did not maintain a financial account with garnishee; and

(C) The garnishee [x] did [] did not have possession of or control over any funds, personal property, or effects of the defendant. (List all of defendant's personal property or effects in

ANSWER TO GARNISHMENT (NONEMPLOYMENT)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000

your possession or control on the bottom of the last page of this answer form or attach a schedule if necessary.)

SECTION II: At the time of service of the Writ of Garnishment on the garnishee there was due and owing from the garnishee to the above-named defendant $<u>See below.</u>

If there is any uncertainty about your answer give an explanation on the last page or on an attached page.

Pursuant to §201(a) of The Terrorism Risk Insurance Act of 2002 (Public Law 107-297; 116 Stat. 2322) the term "defendant" as used herein includes <u>both</u> "HAMAS - Islamic Resistance Movement" <u>and</u> "The Holy Land Foundation for Relief and Development".

SECTION III: An attorney may answer for the garnishee.

Under penalty of perjury, I affirm that I have examined this answer, including accompanied schedules, and to the best of my knowledge and belief it is true, correct, and complete.

_____  
Signature of Garnishee Defendant

<u>April 1, 2005</u>  
Date

_____  
Signature of person answering for Garnishee

<u>Director and VP</u>  
Connection with Garnishee

<u>PHELPS S MCILVAINE</u>  
Print name of person signing

<u>Saturna Capital</u>  
<u>Holly Plaza, 1300 N. State St.</u>  
<u>Bellingham WA 98225-4730</u>  
Address of Garnishee

Use this space to list all of defendant's property or effects in your possession or control or to explain any uncertainty about your answer:

<u>Amana Income Fund Account No. 12707-00-10</u>

Shares held: 5,707.687  
03/29/05 share price: $21.55  
Dollar value as of 03/29/05: $123,000.65  
Share price and dollar values change daily

ANSWER TO GARNISHMENT (NONEMPLOYMENT)

LAW OFFICES OF  
MILLS MEYERS SWARTLING  
1000 SECOND AVENUE, 30TH FLOOR  
SEATTLE, WASHINGTON 98104-1064  
TELEPHONE (206) 382-1000

1  <u>Amana Growth Fund Account No. 12707-00-11</u>

2  Shares held: 66,372.098
3  03/29/05 share price: $14.64
   Dollar value as of 03/29/05: $971,687.51
4  Share price and dollar values change daily

5     Pursuant to the terms of the Post-Indictment Restraining Order issued by the U.S.
   District Court, Northern District of Texas, Cause No. 3:04-CR-240-G, on September 24,
6  2004, Saturna Capital is barred from Transferring any of the above funds.

ANSWER TO GARNISHMENT (NONEMPLOYMENT)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000