IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY RUBIN, et al.<br>　　Plaintiffs-Judgment Creditors<br><br>vs<br><br>HAMAS - ISLAMIC RESISTANCE MOVEMENT<br>　　Defendant-Judgment Debtor<br><br>vs<br><br>SATURNA CAPITAL<br>　　Garnishee Defendant | Case No. MS05-049<br><br>Case No. MS04-191<br><br>ANSWER TO WRIT OF GARNISHMENT (DEBTS OTHER THAN EARNINGS)<br><br>[*Clerk's action required*] |

## I. JUDGMENT SUMMARY

| Judgment Creditors: | Jenny Rubin, et al. |
|---|---|
| Attorneys for Judgment Creditor: | Craig S. Sternberg<br>Sternberg Thomson Okrent & Scher, PLLC<br>500 Union Street, Ste 500<br>Seattle, WA 98101 |

JUDGMENT SUMMARY
AND JUDGMENT

Page 1 of 5

***STERNBERG THOMSON OKRENT & SCHER, PLLC***
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

| | |
|---|---|
| | David J. Strachman<br>McIntyre, Tate, Lynch & Holt<br>321 South Main St., Ste 400<br>Providence, RI 02903 |
| Garnishee Defendant/ Judgment Debtor | HAMAS-Islamic Resistance Movement, Defendant Judgment Debtor;<br>Saturna Capital, Garnishee Defendant |
| Attorneys for Garnishee Defendant Saturna Capital: | David Swartling and Scott Ellerby<br>Mills Meyers Swartling<br>1000 Second Avenue, 30th Floor<br>Seattle, WA 98104 |
| Principal judgment amount: | Jenny Rubin — $21,000,000<br>Daniel Miller — $36,000,000<br>Abraham Mendelson — $36,000,000<br>Stuart E. Hersh — $36,000,000<br>Noam Rozenman — $45,000,000<br>Deborah Rubin — $7,500,000<br>Renay Frym — $18,000,000<br>Elena Rozenman — $7,500,000<br>Tzvi Rozenman — $7,500,000 |
| Interest to date of Judgment: | n/a |
| Attorney's fees: | n/a |
| Costs: | $ TBD |
| Other recovery amount: | n/a |
| Principal judgment shall bear interest at Federal Judgment Rate per annum from and after September 27, 2004 [not applicable to Garnishee Defendant/Garnishee Judgment Debtor] | |
| Attorney's fees, costs and other recovery amounts shall bear interest at Federal Judgment Rate per annum. [not applicable to Garnishee Defendant/Garnishee Judgment Debtor] | |
| Foreign judgments: | |
| Jurisdiction | United States District Court for the District of Columbia. |
| Date of Entry | September 27, 2004 |
| Date of Expiration | September 27, 2014 |

THIS MATTER came on before the undersigned, Judge or Magistrate of the above entitled court on the stipulation of the parties. The Judgment Creditors were represented by

JUDGMENT SUMMARY
AND JUDGMENT

Page 2 of 5

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

Craig S. Sternberg of Sternberg Thomson Okrent & Scher, PLLC.  The Garnishee Defendant was represented by David Swartling of Mills Meyers Swartling.

The Court having reviewed the files, and the stipulations of counsel as embodied herein, finds:

## II. BASIS

The Plaintiffs have a judgment which at the date of the issuance of the Writ of Garnishment on March 23, 2005, totaled in excess of $214,501,619 including recoverable costs and attorney fees as of that date against the Defendant as set forth above.

The Writ of Garnishment in the matter was issued on March 23, 2005; and served on the Garnishee Defendants and the holder of the accounts as provided by law.

At the time of the service of the Writ, the Garnishee, Saturna Capital, was indebted to The Holy Land Foundation ("HLF"), whose assets have been found to be subject to attachment and execution in satisfaction of the Plaintiffs' instant judgment against HAMAS by operation of the Terrorism Risk Insurance Act of 2002, as more particularly described in the declarations supporting the issuance of the Writ of Garnishment, in the nonexempt amount of $1,094,688.16 as of the date of the answer, March 29, 2005, along with interest which accrues on the accounts thereafter, consisting of 5,707.687 shares of Amana Income Fund (Account No. 12707-00-10) and 66,372.098 shares of Amana Growth Fund (Account No. 12707-00-11).

JUDGMENT SUMMARY
AND JUDGMENT

Page 3 of 5

***STERNBERG THOMSON OKRENT & SCHER, PLLC***
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

Now, therefore, it is hereby

### III. ORDER

ORDERED that plaintiffs are awarded judgment against the Garnishee Defendant, Saturna Capital in the amount of $1,094,688.16 plus interest accrued and accruing on the Amana Income and Growth Funds described herein. It is further

ORDERED that the Garnishee Defendant shall pay its judgment amount to Plaintiffs' attorneys, McIntyre Tate Lynch & Holt, LLP by immediately depositing the same with interest with the Registry of this Court. It is further

ORDERED that the Clerk of this Court shall note receipt thereof and forthwith disburse such payment, less the Clerk's fees and costs, to Plaintiffs' attorneys to the following address: Ste 400, 321 South Main Street, Providence, RI 02903.

### NOTICE TO GARNISHEE DEFENDANT

Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DONE IN OPEN Court this ___ day of April 2006

        JUDGE/MAGISTRATE
        United States District Court, Western District of Washington United States Courthouse
        700 Stewart Street
        Seattle, WA  98101-1271

JUDGMENT SUMMARY AND JUDGMENT

Page 4 of 5

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
500 Union Street, Ste. 500
Seattle, WA 98101
206 386-5438//FAX 206 374-2868

1

2  Sternberg Thomson Okrent & Scher, PLLC

3  */s/ Craig S. Sternberg*
   By _____
4        Craig S. Sternberg, WSBA 00521
         Local Counsel for the Plaintiff

25  JUDGMENT SUMMARY                                **STERNBERG THOMSON OKRENT & SCHER, PLLC**
    AND JUDGMENT                                                       500 Union Street, Ste. 500
                                                                              Seattle, WA 98101
                                                                     206 386-5438//FAX 206 374-2868
    Page 5 of 5