# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNY RUBIN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>HAMAS-ISLAMIC RESISTANCE MOVEMENT, et al.,<br><br>          Defendants. | CASE NO. MS05-49<br><br>ORDER |

This matter comes before the court upon an Application for Writ of Garnishment (Dkt. # 1). Prior to issuance of the Writ of Garnishment, putative Garnishee Defendant Saturna Capital filed an interpleader action (Western District of WA No. C06-518RSL), depositing into the registry of the court the assets which were the subject of the Writ of Garnishment. For this reason, the Application for Writ of Garnishment is DENIED as moot.

Dated this 18th day of April, 2006.

JAMES L. ROBART
United States District Judge

ORDER